which was previously denied by order of this court dated December 22, 1969. Motion denied. Christ, P. J., Rabin, Hopkins, Latham and Brennan, JJ., concur.

■ In the Matter of the Application of ROBERT STEVEN GELMAN for Admission to the Bar.— Application for admission to the Bar denied, on the ground that applicant has failed to comply with the requirements as to residence in New York (CPLR 9406; Rules of the Court of Appeals for Admission of Attorneys and Counselors-at-Law, rule II 22 NYCRR Part 521), without prejudice to renewal upon proof of compliance with the applicable rules. Christ, P. J., Rabin, Hopkins, Munder and Martuscello, JJ., concur.

■ In the Matter of the Application of NATHAN GRABLER for Admission to the Bar.— Motion by applicant to vacate order of this court, dated December 22, 1969, which denied his application for admission to the Bar of the State of New York, and for a rehearing. Motion denied in all respects. Christ, P. J., Rabin, Hopkins, Munder and Martuscello, JJ., concur.

■ In the Matter of DAVID A. GREENE, Also Known as DAVID PINTO and DAVID HAIMOWITZ, for Admission to the Bar.— Renewed application for admission to the Bar of the State of New York. Matter referred to the Committee on Character and Fitness for the Second Judicial District for investigation, hearing and report concerning applicant's conduct, character and fitness since November 10, 1952. Application held in abeyance pending said report. Rabin, Acting P. J., Munder, Martuscello, Latham and Benjamin, JJ., concur.

■ In the Matter of the Application of RONALD HELLER for Admission to the Bar.— Application for admission to the Bar denied, on the ground that applicant has failed to comply with the requirements as to residence in New York (CPLR 9406; Rules of the Court of Appeals for Admission of Attorneys and Counselors-at-Law, rule II 22 NYCRR Part 521), without prejudice to renewal upon proof of compliance with the applicable rules. Christ, P. J., Rabin, Hopkins, Munder and Martuscello, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JULIUS LEBOVITZ, HENRY LEVINE, NATHAN M. WERTER and J. MORTON FINKE, Appellants.— Motion by appellant Julius Lebovitz to amend order of this court dated March 24, 1969 which inter alia modified a judgment of the Supreme Court, Queens County, rendered March 5, 1965. The judgment was modified by reducing appellant's sentence to an indefinite term in the New York City Penitentiary and, as so modified, was affirmed. The movant now seeks to amend said order by (1) correcting the sentence as reduced and (2) suspending execution of the sentence as so corrected. Motion granted. The order is amended by (1) providing that the reduction of appellant Julius Lebovitz's sentence is to a term of one year and (2) suspending execution thereof. Christ, P. J., Hopkins, Munder and Martuscello, JJ., concur.

■ RALPH E. BASTIAN, an Infant, by His Father and Natural Guardian, EUGENE BASTIAN, et al., Appellants, v. ROGER T. McCOY et al., Respondents.— Judgment of the Supreme Court, Rockland County, dated January 21, 1969, affirmed. No opinion. Appeal from decision of said court dated January 9, 1969 dismissed. No appeal lies from a decision. In any event, no appeal lies from a determination denying a motion to set aside a verdict, made on the trial minutes, and the contentions urged on the motion were considered on the appeal from the judgment. One bill of costs is awarded jointly to respondents appearing separately and filing separate briefs, to cover all the appeals. Hopkins, Acting P. J., Munder, Martuscello, Brennan and Benjamin, JJ., concur.

■ PAUL CRUMPTON, Respondent, v. ROJON RESTAURANT, INC., Appellant.— Order of the Supreme Court, Westchester County, dated June 26, 1968, affirmed